UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-20946-CV-WILLIAMS

CHARLES JONES,

    Petitioner,

v.

JANE DOE, *et al.,*

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on pending motions for extension of the Court's pre-trial deadlines, and for explanation and issuance of a subpoena to a non-party, all dealing in relevant part with the necessity of obtaining copies of the October and November 2017 Florida Department of Corrections ("FDOC") Incident Reports involving the stabbing of Plaintiff Charles Jones ("Plaintiff"), which relate to the allegations underlying this civil rights action filed pursuant to 42 U.S.C. § 1983. [ECF Nos. 89, 91, 93, 96]. Defendant Everston explains that he is no longer employed by FDOC and requires written authorization from Plaintiff to obtain the Incident Reports and Plaintiff's confinement records. [*Id.*]. Therefore, Defendant Everston states that the extension is necessary to obtain and review the records and, if supported by the materials, prepare a motion for summary judgment. [*Id.* at pp. 2-3].

Plaintiff also seeks an extension of the pre-trial deadlines, explaining he has been trying to obtain copies of the October and November 2017 Incident Reports without success. [ECF Nos. 89, 91, 96]. It is undisputed that Plaintiff has attempted unsuccessfully to obtain issuance of a subpoena to Francisco Acosta, a non-party, in

order to secure copies of these reports. Plaintiff explains that he needs the Incident Reports and the employee logs for the "L Dorm day shift" for October 28, 2017 and November 1, 2017 in order to assist him in identifying the John Does. [*Id.*]. Upon review of the Motions and record, it is **ORDERED AND ADJUDGED** as follows:

1. The Motions [ECF Nos. 89, 93] for extension of the Court's Pre-trial Scheduling Order deadlines are **GRANTED** to the extent that the pre-trial deadlines are amended as follows:  (a) **Discovery** shall be completed on or before **June 8, 2021**; (b) **Dispositive motions** shall be filed on or before **July 6, 2021**; and, (c) **Pre-trial stipulations and statements** shall be filed on or before **July 27, 2021**.

2. On or before **FIFTEEN DAYS** from the date of this Order, Defendant shall serve upon Plaintiff a written authorization form for Plaintiff's signature, so that Defendant may obtain the FDOC Incident Reports and Plaintiff's confinement records.  Defendant shall file a notice with the Court that it has submitted a proposed authorization form to the Plaintiff.

3. On or before **FIFTEEN DAYS** of receipt of the authorization form from Defendant, Plaintiff shall execute and return the form to Defendant, and shall file a notice with the Court confirming that this has been done.

4. Defendant must ensure that his request to the FDOC includes a request for copies of Plaintiff's confinement records, the October and November 2017 Incident Reports, and to the extent within the FDOC's possession, copies of any logs for the "L Dorm day shift" for October 28, 2017 and November 1, 2017.  Within **FIFTEEN DAYS** of

receipt of these records, Defendant shall provide a copy of the discovery to Plaintiff and file a notice with the Court that this has been done.

     5.     Since this Court is ordering that copies of the Incident Reports be provided by Defendant to Plaintiff, Plaintiff's "Motion for Clarification" [ECF No. 91] and Subpoena, docketed as a "Motion for Production" [ECF No. 96] are **DENIED AS MOOT.** Plaintiff need not issue a non-party subpoena upon Acosta in order to attempt to obtain the Incident Reports which will be provided by Defendant as ordered.

     6.     Plaintiff shall have **THIRTY DAYS** from the date the discovery is received from Defendant to file a notice with the Court identifying the John/Jane Does.

**DONE AND ORDERED** in chambers in Miami, Florida, this 10th day of March, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Charles Jones, *Pro Se*
DC#712661
Everglades Correctional Institution
Inmate Mail/Parcels
1599 SW 187th Avenue
Miami, FL 33194

M. Stephen Smith , III, Esquire
Victor G. Sanabria, Esquire
Attorney for Everston
Rumberger Kirk & Caldwell
Brickell Bayview Centre
80 SW 8th Street, Suite 3000
Miami, FL 33130-3047
Email: vsanabria@rumberger.com
Email: ssmith@rumberger.com